**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WEST COAST PRODUCTIONS, INC.,

        Plaintiff,

vs.                                       Case No. 3:12-cv-964-J-32TEM

JOHN DOES 1-675,

        Defendants.

_____

### ORDER

This case is before the Court on Defendant John Doe 31's[1] letter to the Court received on November 23, 2012. The Court hereby construes this letter as a motion to quash the subpoena served on Comcast and/or a motion for a protective order. The Clerk is directed to redact all identifying information except the IP address (98.227.17.206) until further order of the Court and file the letter as a motion.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 3rd day of December, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

---

[1] The Court has identified this defendant as John Doe 31 by comparing the IP address on the subpoena with the corresponding IP address and doe number in Plaintiff's Supplement to Complaint and Motion to Take Early Discovery. (Doc. 8-1.)

sa.
Copies:

Counsel of Record
Pro se defendant John Doe 31