# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

| | |
|---|---|
| **WEST COAST PRODUCTIONS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.:  3:12-cv-00964** |
| ) | |
| **DOES 1 – 675** ) | |
| ) | |
| **Defendants.** ) | |

## AFFADAVIT OF JAMES ALEXANDER

1. I, James Alexander, am 57 years of age.  I am the _OWNER_ of West Coast Productions.
2. I was responsible for casting and hiring each actor who appeared in the movie *Teen Anal Nightmare 2* (the "Movie").
3. I personally inspected state-issued photo identification for each person who appears in the Movie. Based on the inspected identifications, each person in the Movie was 18 years of age or older at the time that he or she was hired to act in the Movie.
4. No person under the age of 18 acted in the Movie, nor did anyone under the age of 18 film, support or assist the production of the Movie in any way.
5. The Movie does not portray or depict anyone under the age of 18.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 8th Day of January, 2013.

_____
James Alexander

1